UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDY GEIGER,    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>NSC CHICKEN LP, d/b/a CHICKEN    )<br>EXPRESS,    )<br>    Defendant.    ) | Case No. CIV-15-69-D |

**ORDER**

Upon joint application of the parties, and for good cause shown, the parties' Joint Motion to Stay Unexpired Deadlines [Doc. No. 22] is hereby GRANTED pending the Court's ruling on Defendant's Motion for Summary Judgment [Doc. No. 18].

IT IS THEREFORE ORDERED that the current unexpired deadlines set forth in the Joint Motion are hereby stayed until the Court has ruled on Defendant's pending Motion for Summary Judgment.

Unless otherwise ordered, all other provisions of the initial Scheduling Order [Doc. No. 11] entered July 7, 2015, as modified by the Order to Extend Scheduling Order Deadlines [Doc. No. 13] entered November 17, 2015, remain in effect.

IT IS SO ORDERED this  22ND day of March, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE