# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDY GEIGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CIV-15-69-D |
| v. | ) |
| | ) |
| NSC CHICKEN LP, d/b/a CHICKEN EXPRESS, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brandy Geiger and Defendant NSC Chicken LP, d/b/a Chicken Express, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this case with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

s/ Joshua C. Stockton
Joshua C. Stockton, OBA # 21833
136 N.W. 10th Street, Suite 200
Oklahoma City, OK 73103
Phone: (405) 235-4500
Email: jstockton@browngouldlaw.com,
*Attorney for Plaintiff*

1

*s/Jefferson I. Rust*
JEFFERSON I. RUST, OBA #16722
KELLY J. KRESS, OBA #30771
TOMLINSON · RUST · MCKINSTRY · GRABLE
Two Leadership Square, Suite 450
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 606-3350 Telephone
(866) 633-6162 Facsimile
jeffr@trmglaw.com
kellyk@trmglaw.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jefferson I. Rust, OBA #16722
jeffr@trmglaw.com
hollyw@trmglaw.com

Kelly J. Kress, OBA #30771
kellyw@trmglaw.com
candaceh@trmglaw.com
hollyw@trmglaw.com
kristinh@trmglaw.com

s/ Joshua C. Stockton
JOSHUA C. STOCKTON